## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYA STEPHENS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:24-cv-1703-CB-MPK |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| GATEWAY SCHOOL DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Maureen P. Kelly for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On October 15, 2025, the Magistrate Judge issued a Report (Doc. 123) recommending

that Plaintiff Maya Stephens's Emergency Motion for Temporary Relief to Enforce Status Quo

and Immediate Reinstatement of School Access (Doc. 103), Motion to Maintain Educational

Enrollment (Doc. 14), and Motion to Expedite Ruling Due to Ongoing Educational Deprivation

and Federal Violation (Doc. 121) be denied.  Service of the Report and Recommendation

("R&R") was made on the parties, and Plaintiff has filed Objections.  Doc. 124.

After a de novo review of the pleadings and documents in the case, together with the

R&R and the Objections thereto, the following Order is entered:  Plaintiff's Objections (Doc.

124) are **OVERRULED**, Plaintiff's above referenced Motions (Docs. 14, 103, 121) are

**DENIED**, and the Magistrate Judge's R&R (Doc. 123) is adopted as the Opinion of the District

Court.[1]

       IT IS SO ORDERED.


November 7, 2025                                    s/ Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge


cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

M. J. S.
101 Trefoil Ct.
Monroeville, PA 15147

L. J. S.
101 Trefoil Ct.
Monroeville, PA 15147

---

[1] On page 4, paragraph 2, the date of the decision against Plaintiff is amended to read "August 27, 2024," ECF No. 1-15 at 5; on page 6, footnote 6, the dates on which Gateway was closed are amended to read "Thursday, November 28, 2024, and Friday, November 29, 2024," see https://resources.finalsite.net/images/v1727819831/gatewayschoolsorg/kkasgct0hrwvbanr0ghv/2024-2025schoolcalendar.pdf; and on page 8, paragraph 2, the date on which Plaintiff applied to enroll her children in Distance Learning is amended to read "September 18, 2025," see Pl.'s Reply to Response of School District Defendants (Doc. 113) at ¶ 37.